## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL GRAHAM, § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | CASE NUMBER: 1:23-cv-00254-LY | |
| § | | |
| § | | |
| JOHN DOES 1-25, § | | |
| *Defendants* § | DEMAND FOR JURY TRIAL | |

### **ORDER**

On this day came for consideration Plaintiff's Motion for Leave for Service of a Third-Party Subpoena.

IT IS THEREFORE ORDERED that Plaintiff may immediately serve subpoenas (pursuant to FRCP 45) on Onvoy, LLC d/b/a Inteliquent and/or Onvoy Spectrum, LLC to ascertain the identity of the John Doe Defendants and to investigate the specific phone calls that are the basis of the live complaint.

IT IS FURTHER ORDERD that Plaintiff may seek the name, address, telephone number, mail address, and any other pertinent information of the John Doe Defendants.

Signed this the _____ day of _____, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE