# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL GRAHAM,<br>*Plaintiff* | § § § § § | |
| v. | § § | CASE NUMBER: 1:23-cv-00254-LY |
| JOHN DOES 1-25,<br>*Defendants* | § § § | DEMAND FOR JURY TRIAL |

### ORDER GRANTING LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT

On this date came before the Court Plaintiff's Motion for Leave to file Plaintiff's Second Amended Complaint.

After a review of the evidence and arguments of counsel, the Court is of the opinion that Plaintiff's Motion for Leave to file Plaintiff's Second Amended Complaint should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to file Plaintiff's Second Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the attached Plaintiff's Second Amended Complaint be filed with the Court.

Signed this the _____ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1