**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DANIEL GRAHAM,<br>*Plaintiff* | § | |
| | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER: 1:23-cv-00254-DII |
| | § | |
| TALKASIA VOIP, LLC AND<br>JOHN DOES 1-25,<br>*Defendants* | § | DEMAND FOR JURY TRIAL |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Fed. R. Civ. P. 55(a)and the Local Rules of the Western District of Texas, Plaintiff, Daniel Graham ("Plaintiff" or "Graham" herein), respectfully moves for Clerk's Entry of Default against Defendant, TALKASIA VOIP, LLC (also "TalkAsia" herein), and will show the Court as follows:

1. On or about March 8, 2023, Plaintiff filed Plaintiff's Original Complaint against John Does 1-25 primarily for violations under the Telephone Communication Practices Act, 47 U.S.C. §227 ("TCPA") to obtain damages, and other relief. (DKT.1). On or about March 20, 2023, Plaintiff filed Plaintiff's First Amended Complaint (DKT.2).

2. On or about April 24, 2023, Plaintiff obtained an order of leave from the Court and filed Plaintiff's Second Amended Complaint, thereby adding TalkAsia as an additional Defendant in this proceeding (See DKT. 6 and DKT. 7).

3. Plaintiff initially sought service on USFormation LLC, the registered agent of TalkAsia (See Exhibit A from the Delaware secretary of State). However, after service attempts on USFormation, LLC were unsuccessful, on or about May 11, 2023, the private processor served TalkAsia by and through the Delaware Secretary of State (Exhibit B-DKT.10) (The “comments” section of DKT. 10/return of service indicates that the original service addresses were not viable.

4. Finally, on or about May 11, 2023, the Delaware Secretary of State served the Complaint and Summons on TalkAsia by and through the registered agent, USFormation, LLC, by United States Mail on May 12, 2023 (Exhibit C-DKT. 12). Plaintiff believes that service on the Delaware Secretary of State complies with Fed.R.Civ.P. 4(e)(2)(C) in so much as Delaware law allows for the Delaware Secretary of State to receive service.

5. Plaintiff urges that there is statutory authority for service of process on the Delaware Secretary of State: Delaware Code Title 10 §3111 (d) confirms that service of process on corporations can be made in accordance with § 321 of Title 8. Moreover, § 321(b) of Delaware Code Title 8 allows for service of process on the Delaware Secretary of State (See Exhibit D- copies of pertinent statutes).

6. Notwithstanding the passage of more than four months from service, TalkAsia has not filed an answer with the complaint.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff, Daniel Graham, respectfully prays that the Clerk of the Court to enter a default against Defendant, TALKASIA VOIP, LLC. Plaintiff prays for any further relief for which he is justly entitled to in law and equity.

Respectfully submitted,

/s/Brent A. Devere
Brent A. Devere
SBN#00789256
1411 West Avenue, Suite #200
Austin, Texas 78701
Ph: 512-457-8080 Fax: 512-457-8060
Email: BDevere@1411west.com
Attorney for Plaintiff
*Daniel Graham*