**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DANIEL GRAHAM,<br>*Plaintiff* | §<br>§<br>§<br>§<br>§ | |
| v. | § | CASE NUMBER: 1:23-cv-00254-DII |
| | § | |
| TALKASIA VOIP, LLC AND<br>JOHN DOES 1-25,<br>*Defendants* | §<br>§<br>§ | DEMAND FOR JURY TRIAL |

**ORDER FOR CLERK'S ENTRY OF DEFAULT**

The clerk's record for this cause confirms there was proper service of the complaint on TALKASIA VOIP, LLC, which failed to file a timely response as required by law.

IT IS THEREFORE ORDERED that on this the 26th day of September, 2023, Default be entered against TALKASIA VOIP, LLC.

Signed this the 26th day of September, 2023.

Deanna Massie

CLERK, UNITED STATES DISTRICT COURT
**Philip J. Devlin**