**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DANIEL GRAHAM,<br>*Plaintiff* | §<br>§<br>§<br>§<br>§ | |
| v. | § | CASE NUMBER: 1:23-cv-00254-DII |
| | § | |
| TALKASIA VOIP, LLC AND<br>JOHN DOES 1-25,<br>*Defendants* | §<br>§<br>§ | DEMAND FOR JURY TRIAL |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST TALKASIA VOIP, LLC**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Fed. R. Civ. P. 55(b)(2) and the Local Rules of the Western District of Texas, Plaintiff, Daniel Graham ("Plaintiff" or "Graham" herein), respectfully moves for Entry of Default Judgment against Defendant, TALKASIA VOIP, LLC (also "TalkAsia" herein), and will show the Court as follows:

1. On or about March 8, 2023, Plaintiff filed Plaintiff's Original Complaint against John Does 1-25 for violations under both the Telephone Communication Practices Act, 47 U.S.C. §227 ("TCPA") and Tex. Bus. & Com. Code Ann. § 305.053 (DKT.1). On or about March 20, 2023, Plaintiff filed Plaintiff's First Amended Complaint (DKT.2).

2. On or about April 24, 2023, Plaintiff obtained an order of leave from the Court and filed Plaintiff's Second Amended Complaint ("Live Complaint" herein), and added TalkAsia as an additional Defendant in this proceeding (See DKT. 6 and DKT. 7).

3. On or about September 22, 2023, as per the order of this Court (DKT. 13) and and per Federal Rule of Civil Procedure 55(a), Plaintiff filed ‘Plaintiff’s Motion for Clerk’s Entry of Default’ (DKT. 14).

4. On or about September 26, 2023, the Clerk entered an Order for Default Judgment (DKT. 15).

5. In accordance with Federal Rule of Civil Procedure 55(b)(2), Plaintiff now files this Motion for Entry of judgment by the Court against TalkAsia for damages in the amount of $42,000.00 as explained herein. For the purposes of brevity, Plaintiff incorporates all of the supporting documents/exhibits in support of service on TalkAsia (DTK. 14-1 to 14-5).

**VIOLATIONS OF THE TCPA**

6. As the Court is aware, for the purposes of a default judgment, the Court construes the factual allegations in the complaint as true, other than as to damages. *Jackson v. FIE Corp.,* 302 F.3d 515, 525 n.29 (5th Cir. 2002).

7. Plaintiff’s Live Complaint seeks two counts under the TCPA: §227(b) and §227(c) with regards to the improper use of automated dialing system and violations of the federal do not call list, respectively. Plaintiff also seeks a count under Tex. Bus. & Com. Code Ann. § 305.053.

8. As stated in Plaintiff’s Second Amended Complaint and supported by Plaintiff’s Declaration, since 2021, Plaintiff has maintained an active cell phone number 214-436-1104 (¶ 11 of the Live Complaint and Exhibit 1, ¶10). Moreover, at all times, Plaintiff has used the cell phone primarily for personal, family, and household and residential use (Exhibit 1, ¶10 and ¶ 12 of the Live Complaint).

9. Most importantly, on or about November 8, 2021, Plaintiff registered his cell phone number on the National Do Not Call Registry. 47 C.F.R. § 64.1200(c)(2) (See Exhibit 1, ¶2 and A-1 containing evidence of registration on the Do Not Call Registry).

10. As per Plaintiff's declaration, Plaintiff received approximately 14 calls from March, 2022 to August 2022 from 254-268-7594 to his cell phone (See Exhibit 1, ¶ 3). Moreover, Plaintiff never gave express written consent for any of the class (Exhibit 1, ¶5).

11. Plaintiff's Live Complaint alleges that the calls originated from an Automated Dialing System in violation of § 227(b) (¶17 of the Live Complaint). Moreover, at the time of the 14 phone calls, Plaintiff's phone was registered under the federal DNC list (See Exhibit A-1).

12. Plaintiff confirmed that the subject phone number that was the source of the calls was registered to Onvoy. (Exhibit 1, ¶8-9, Exhibits A and B). Moreover, on or about March 30, 2023, Graham, by and through the undersigned counsel, served a subpoena on Onvoy to determine the ownership of the phone number that was the basis of the calls to Plaintiff (Exhibit C). The attached subpoena response confirms that the subject line was/is owned by TALKASIA VOIP, LLC (Exhibit C).

13. Sections § 227(b)(3)(C) provides that the Plaintiff may receive treble damages of $1500.00/ call upon a showing of an intentional and knowing violation. Plaintiff alleged the calls were made knowingly as per ¶ 20 of the Live Complaint. Consequently, Plaintiff is entitled to $1500.00/ call x 14 calls or $21,000.00 for the TCPA violations.

## VIOLATIONS OF § 305.053

14. In Count III, Plaintiff further seeks treble damages under Tex. Bus. & Com. Code § 305.053.

15. The case law in the 5th Circuit appears to support that a violation under the TCPA U.S.C. §227 ("TCPA") triggers a violation under Tex. Bus. & Com. Code § 305.053. *See Johnson v. Palmer Admin. Servs. Inc.,* No. 6:22-cv-121, 2022 U.S. Dist. LEXIS 206601, 2022 WL 16919786, at *2 (E.D. Tex. Nov. 14, 2022). Plaintiff interprets the case law as therefore allowing additional recovery under Tex. Bus. & Com. Code § 305.053.

16. Therefore, Plaintiff claims additional damages of $21,000.00 based on $1500.00 per violation for 14 violations

**WHEREFORE PREMISES CONSIDERED**, Plaintiff, Daniel Graham, respectfully prays that the Court enter a default against Defendant, TALKASIA VOIP, LLC, in the amount of $42,000.00 plus costs and any applicable post judgment interest. Plaintiff prays for any further relief for which he is justly entitled to in law and equity.

Respectfully submitted,

/s/Brent A. Devere
Brent A. Devere
SBN#00789256
1411 West Avenue, Suite #200
Austin, Texas 78701
Ph: 512-457-8080 Fax: 512-457-8060
Email: BDevere@1411west.com
Attorney for Plaintiff
*Daniel Graham*

**CERTIFICATE OF SERVICE**

I, Brent A. Devere, certify that on October 6, 2023, a true and correct copy of the foregoing pleading was served by the ECF system of the Western District of Texas to all counsel of record and also sent by United States First Class Mail to the following address:

TALKASIA VOIP, LLC
C/O Delaware Secretary of State
A Division of Corporations
401 Federal Street, Suite 4
Dover, Delaware 19901

/s/Brent A. Devere
Brent A. Devere

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DANIEL GRAHAM,**<br>***Plaintiff*** | § | |
| | § | |
| **v.** | § | **CASE NUMBER: 1:23-cv-00254-DII** |
| **TALKASIA VOIP, LLC AND JOHN DOES 1-25,**<br>***Defendants*** | § | |
| | § | **DEMAND FOR JURY TRIAL** |

## DECLARATION OF DANIEL GRAHAM

I, Daniel Graham, being duly sworn under oath, hereby depose and state the following:

1. "I am over the age of 21 and I am fully competent and qualified to make this Declaration. All the statements contained within this Declaration are within my personal knowledge and are true and correct."

2. "The attached email (Exhibit A-1) is a true and correct copy of confirmation of the registration of the phone number 214-436-1104 on the federal Do Not Call Registry.

3. "The entries below reflect the date and time of calls that were received from 254-268-7594 to my cell phone, 214-436-1104:

1. June 24, 2022, at 12:04 P.M.
2. June 27, 2022, at 5:03 P.M.
3. July 12, 2022, at 11:29 A.M.
4. July 12, 2022, at 1:13 P.M.
5. July 14, 2022, at 4:04 P.M.
6. July 14, 2022, at 4:09 P.M.
7. July 15, 2022, at 5:02 P.M.
8. July 18, 2022, at 11:30 A.M.
9. July 18, 2022, at 1:15 P.M.
10. July 25, 2022, at 10:53 A.M.
11. July 25, 2022, at 10:56 A.M.
12. August 8, 2022, at 10:17 A.M.
13. August 12, 2022, at 8:51 A.M.
14. August 12, 2022, at 4:15 P.M."

4. "I am unable to provide a phone record from my cell phone provider because the provider I used,

Mint Mobile, did not have an option available to me for phone records. I know the time and date of these calls be to accurate because for almost two years, I have habitually maintained a log of the spam and scam calls I received."

5. "I never gave written consent for the receipt of the foregoing phone calls".
6. "I tried to end these calls by telling the caller to stop calling me multiple times, and continued to receive calls after telling the caller to stop calling me."
7. "These calls have interrupted my work and day, and been an unwelcome nuisance."
8. "I used the website freecarrierlookup.com to look up the provider of the phone number, which was identified as "Sinch Voice." Attached as **Exhibit A** to this statement is a true and accurate screenshot of the results of searching the phone number 254-268-7594 on the website Freecarrierlookup.com."
9. "I searched this company on google and was shown multiple results stating Sinch Voice is an Onvoy LLC company. This was confirmed by Onvoy's LinkedIn page. Attached as **Exhibit B** is a true and accurate screenshot of Onvoy's LinkedIn page."
10. "Since prior to 2022, I have owned my cell phone, 214-436-1104, and I have used this number for personal, family and residential use."

"Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct."

Date: October 5th, 2023.

Daniel Graham

**EXHIBIT A**


FreeCarrierLookup.com
HOME
LOG IN
FREE CARRIER LOOKUP SERVICE
Enter a phone number and we'll return the carrier name and whether the number is wireless or landline. We have the latest data so our results are highly up-to-date and accurate for most countries. We also return the email-to-SMS and email-to-MMS gateway addresses for USA and Canadian* phone numbers.
ENTER PHONE NUMBER BELOW
1
254-268-7594
country code "1" for US / Canada
Phone number (U.S or International)
Search
Phone Number:
12542687594
Carrier:
Sinch Voice-NSR-10X-Port/1
Is Wireless:
n

**EXHIBIT B**

in Search | Home | My Network | Jobs | Messaging

Follow us at...

@Sinch @wearesinch @wearesinch @wearesinch

ONVOY

# Onvoy, LLC, a Sinch company

Telecommunications · Plymouth, MN · 3,551 followers · 84 employees

Eric follows this page

+ Follow | Visit website | More

Home | About | Posts | Jobs | People

## Overview

We've moved pages.
Follow us at www.linkedin.com/company/sinch

**Website**

https://www.sinch.com

**Industry**

Telecommunications

**Company size**

201-500 employees

84 on LinkedIn

**Headquarters**

Plymouth, MN

**Specialties**

Telecommunications, Long Distance, SS7, Phone Service, VoIP, Toll Free, Messaging, Voice API, SMS API, and 911

# EXHIBIT C

**From:** scott.kellogg@inteliquent.com,
**To:** BDevere@1411west.com,
**Subject:** Daniel Graham v. John Does 1-25; Cause No. 1:23-cv-00254-LY. (230621 - 399991
**Date:** Wed, Apr 12, 2023 10:53 pm
**Attachments:**

---

Onvoy, LLC d/b/a Inteliquent and its affiliates (collectively "Inteliquent/Sinch Voice") are in receipt of the above-referenced matter concerning telephone number 2542687594.

As your firm should be aware, Inteliquent/Sinch Voice generally does not have end user subscribers. Rather, our customers are typically other service providers (wireline, wireless, VOIP, etc.) to whom we provide wholesale communications interconnection services, delivering traffic between the networks of such providers involving telephone numbers that were either: (a) allocated to our company and released to such a service provider customer, or else (b) owned by a service provider customer who has ported the number to Inteliquent/Sinch Voice. In either case, the telephone number belongs to another service provider, who has the end user subscriber(s) utilizing the number and who will have records relating to the number (we will have no relationship with or information about the end user subscribers of our wholesale customers).

Our records identify the following customer for telephone number 2542687594 during the specified target interval:

TalkAsia VoIP, LLC
364 E. Main Street, Suite 1011
Middletown, DE 19709
Phone: 302-261-5199
https://talkasiavoip.com/information-request
https://www.talkasiavoip.com/contact-us

Please let me know if you have any questions. Kind regards.

Scott Kellogg | 312-384-8086 | scott.kellogg@inteliquent.com
1 North Wacker Drive, Suite 2500
Chicago, IL 60606
inteliquent®
a sinch company

Law Offices of Brent A. Devere
1411 West Avenue, Suite #200
Austin, Texas 78701
512-457-8080 512-457-8060 fax
Email: BDevere@1411west.com

March 30, 2023

Onvoy, LLC d/b/a Inteliquent
ATTENTION: Legal – Civil Subpoena Compliance
1 North Wacker Drive, 25th Flr.
Chicago, IL 60606

Re: Daniel Graham v. John Does, 1-25, Cause number 1:23-cv-00254-LY, United States District Court for the Western District of Texas

(Third Party Subpoena)

Dear Sir/Madam:

This office represents the Plaintiff, Daniel Graham, in the above-entitled cause. Attached is third party subpoena in accordance with FRCP 45 (and accompanying order) requesting pertinent contact information of an OSP regarding a single phone number.

We are enclosing the $50.00 processing fee.

Please contact our office with any further questions or concerns.

You may serve the response electronically at BDevere@1411west.com or by mail or any other convenient means to the contact information above and/or on the subpoena.

Sincerely,

/s/Brent A. Devere
Brent A. Devere

cc: Enclosures

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

DANIEL GRAHAM
*Plaintiff*
v.
JOHN DOES, 1-25
*Defendant*

Civil Action No. 1:23-cv-00254-LY

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Onvoy, LLC d/b/a Inteliquent

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The NAME and CONTACT INFORMATION for the Other Service Provider ("OSP")/wholesale customer for the Target Number 254-268-7594 from March, 2022 to August, 2022.

| Place: VIA EMAIL: BDevere@1411 West.com OR Mail: Brent A. Devere, 1411 West Avenue, Suite #200, Austin, Texas 78701 | Date and Time: 05/01/2023 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/27/2023

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/Brent A. Devere
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Daniel Graham, who issues or requests this subpoena, are: Brent A. Devere, 1411 West Avenue, Suite #200, Austin, Texas 78701; Ph: 512-457-8080; BDevere@1411west.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT A-1

Gmail

Dan <danielgrahamcpa@gmail.com>

# National Do Not Call Registry - Your Registration Is Confirmed

1 message

**Verify@donotcall.gov** <Verify@donotcall.gov> Mon, Oct 10, 2022 at 10:34 PM
To: danielgrahamcpa@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 1104 on November 08, 2021. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

********************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.