IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL GRAHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-254-RP |
| | § | |
| JOHN DOES 1-25 and | § | |
| TALKASIA VOIP, LLC, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On this day, the Court adopted the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff Daniel Graham's Motion for Default Judgment Against TalkAsia VoIP, LLC, (Dkt. 16). (R. & R., Dkt. 17). The Court's order granted Plaintiff Daniel Graham's Motion for Default Judgment, (Dkt. 16). Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff Daniel Graham.

**IT IS FURTHER ORDERED** that Plaintiff Daniel Graham is entitled to $7,000 in statutory damages from Defendant TalkAsia VoIP, LLC under Texas Business & Commerce Code § 305.053 (the "Texas TCPA"), consisting of $500 for each of the fourteen violations of § 227(c) of the Texas TCPA.

All other relief requested is **DENIED**. This case is now **CLOSED.**

**SIGNED** on May 20, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE